IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,              )
                                       )
                Plaintiff,             )
                                       )
        v.                             )    No.  11 CR 417
                                       )
GEORGE REESE THOMAS,                   )
                                       )
                Defendant.             )

MEMORANDUM ORDER

George Reese Thomas ("Thomas") has filed what he captions as
"Defendant's Motion For Pretrial Release," the Judge's Copy of
which has been transmitted to this Court's chambers by the
Clerk's Office.[1]  But Thomas is represented by counsel, so that
he cannot present matters pro se, in addition to which he has
failed to show service of his motion on government counsel.

Accordingly copies of the motion and of this memorandum
order are being transmitted to Thomas' counsel and to Assistant
United States Attorney Bolling Haxall, who is assigned to the
case.  No action can or will be taken by this Court unless and
until such relief is sought in the proper manner.

                                    Milton I. Shadur
                                    Senior United States District Judge

Date:  May 30, 2013

_____

        [1]  What that copy reveals is that the document was prepared
and submitted in some other case, with Thomas having placed a
small sticker bearing his name over the name of the defendant in
that other case.  In addition, the motion bears no signature.  As
the following text reflects, however, neither of those matters is
the reason that the motion cannot be considered.